Entered on Docket June 3, 2015

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

JACKIE LEE COX,

    Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 15-10170-TWD

ORDER DENYING CONFIRMATION

THIS MATTER came before the Court on the Chapter 13 Trustee's objections to confirmation (ECF No. 19 and 24). Based on the agreement of the parties, it is

ORDERED that:

1) Confirmation of the debtor's plan (ECF No. 2) and amended plan (ECF No. 22) is denied; and

2) The debtor shall file and note a feasible amended plan by June 12, 2015. The debtor shall set the amended plan for hearing on the Court's July 15, 2015 calendar.

/ / /End of Order/ / /

Presented by:
*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124

Approved:
*/s/ Dallas W. Jolley* [approved by email]
Dallas W. Jolley, WSBA #22957
Attorney for Debtor

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282